JS 44  (Rev. 12/12)

# CIVIL COVER SHEET

14.W.5811

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Frank D. Forte

## DEFENDANTS

Hal A. Barrow, Barrow & Associates, Barrowlaw & Berwick Place Homeowners Association, Inc.

**(b)** County of Residence of First Listed Plaintiff  Montco, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Bucks Co., PA.
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Robert F. Salvin, Esq., Two Bala Plaza, Suite 300, Bala Cynwyd PA, 215-300-2388, 215-271-2820 (fax), robert.salvin@outlook.com

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☑ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☑ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☑ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1692e & 1692f

Brief description of cause:
Fraudulent, deceptive and misleading collection

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $  4,995

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE  10/12/14   Robert F. Salvin

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

OCT 1 4 2014



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| Frank D. Forte | : | CIVIL ACTION |
| v. | : | |
| Hal A. Barrow, et al. | : | **14   5811** |
| | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.   (✓)

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   ( )

| | | |
|---|---|---|
| 10/12/14 | | plaintiff |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-300-2388 | 215-271-2820 | robert.salvin@outlook.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

7/25/14          OCT 14 20          Robert F. Salvin          Plaintiff

**14   5811**

# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: _79 Bristol Court, Norristown, PA 19403_

Address of Defendant: _65 W. Street Road, Suite B102, Warminster PA 18974_

Place of Accident, Incident or Transaction: _Montoc, PA_

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?    Yes☐  No☑

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))

Does this case involve multidistrict litigation possibilities?    Yes☐  No☑

*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐  No☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐  No☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐  No☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐  No☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☑ All other Federal Question Cases
    (Please specify) Fair Debt Collections Practices

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION

*(Check Appropriate Category)*

I, _Robert F. Salvin_ , counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☑ Relief other than monetary damages is sought.    Although plaintiff is requesting nonmonetary relief, we still consent to the case being directed first to arbitration due to its low value.

DATE: _10/12/14_   _Robert F. Salvin_      50991

Attorney-at-Law      Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _10/12/14_   _____      50991

Attorney-at-Law      Attorney I.D.#

OCT 14 2014

CIV. 609 (5/2012)

$400

**JD**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK D. FORTE,** | Civil Action No. |
| Plaintiff, | |
| v., | **14   5811** |
| **HAL A. BARROW, LAW OFFICES OF HAL A. BARROW, BARROW & ASSOCIATES, BARROWLAW & BERWICK PLACE HOMEOWNERS ASSOCIATION, INC.** | |
| Defendants. | |

## <u>COMPLAINT</u>

Frank D. Forte files this complaint against Hal A. Barrow, The Law Offices of Hal. A. Barrow, Barrow & Associates, Barrowlaw and the Berwick Place Homeowner's Association for violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, and declaratory relief, as follows:

1.     Frank D. Forte is a citizen of the Commonwealth of Pennsylvania residing at 79 Bristol Court, Norristown, PA 19403.

2.     Hal A. Barrow is an attorney with an office at 65 W. Street Road, Suite B102, Warminster PA 18974.

3.     The Law Offices of Hal A. Barrow, Barrow & Associates and Barrowlaw are believed to be trade names under which Mr. Barrow practices law but are named as defendants in the event they have a legal status of their own.

1

4. Mr. Barrow[1] is in the business of debt collection and qualifies as a debt collector under the FDCPA, 15 U.S.C. § 1692a. Mr. Barrow represents that his practice areas include collections, especially for homeowner and condominium association. Exhibit P-1.

5. Mr. Barrow regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and uses various instrumentalities of interstate commerce in the course of his business including the internet, telecommunications, and the mail.

6. The Berwick Place Homeowners Association ("Berwick") is a Pennsylvania corporation with a registered address at 2044 Chestnut St., Philadelphia PA 19103.

7. The homeowner's association delegates the management of its affairs to a The Galman Group, a corporation with an office at 261 Old York Road, Suite 110, Jenkintown PA 19046.

8. Federal jurisdiction over this complaint arises under 15 U.S.C. § 1692k(d) ("FDCPA"). Venue is appropriate in the Eastern District of Pennsylvania where all of the parties reside and the acts alleged in the complaint occurred.

9. Mr. Forte owns residential real estate at 79 Bristol Court, Norristown, PA 19403, which he uses as his own personal residence.

10. The property is within the boundaries of the Berwick Place Homeowners Association ("Berwick"). Berwick imposes annual assessments on residents within the homeowners association, which residents are required to pay on a monthly basis.

---

[1] Reference to Mr Barrow includes Barrow and Associate and Barrowlaw.

2

11. Several years ago, Mr. Forte suffered through a period of unemployment, during which time he fell behind on his mortgage and homeowner association dues, eventually leading him to file bankruptcy. Mr. Forte fell behind again on the homeowner association dues following the bankruptcy and is on the cusp of losing his house at a foreclosure sale.

12. An obligation to pay past due homeowners association dues is a debt within the meaning of the FDCPA. *Newman v. Boehm, Pearlstein & Bright, Ltd.*, 119 F.3d 477 (7th Cir. 1997).

13. Mr. Forte's liability for homeowner's association dues is a consumer debt because he uses the real estate for personal, household and family purposes.

14. Berwick engaged the services of attorney Hal A. Barrow to collect Mr. Forte's passed due to assessments.

15. On February 21, 2014, Mr. Borrow filed a civil action against Mr. Forte to collect unpaid association dues, resulting in a judgment dated April 28, 2014, for $4,327.05. Exhibit P-2.

16. The judgment was taken following an uncontested hearing in which Berwick through its counsel Mr. Barrow was at liberty to present any evidence of damages it desired. Pa.R.C.P.D.J. No. 319(B)

17. By August 2014, Mr. Forte was seeking to make payment arrangements, but was told that he owed over $6,000.

18. He requested an account history, Exhibit P-3, and upon reviewing it discovered he was being over billed.

3

19. Even though Berwick obtained a judgment for $4,327.05 on April 28, 2014, Mr. Forte's balance on Berwick's ledger, Exhibit P-3, as of that same date was $4,810.05, which was $438 more than the judgment.

20. Mr. Forte, acting through counsel, asked Mr. Barrow to correct the ledger, Exhibit P-4, so that it conformed with the amount of the judgment, but Mr. Barrow refused. Exhibit P-5.

21. According to Mr. Barrow, the ledger was accurate despite the judgment because he said Berwick was not allowed to have damages assessed against Mr. Forte for sums that came due in the interim between the filing of the complaint and date of the hearing. Exhibit P-5.

22. Nevertheless, the rules specify that the court is allowed to assess and calculate all applicable damages to which a plaintiff is entitled at the time of hearing and permits hearings to be conducted solely to assess damages when necessary. Pa.R.C.P.D.J. No. 319(B).

23. The ledger also reflected a debit against Mr. Forte for attorney's fees in the amount of $450 posted on or about May 9, 2014. Exhibit P-3.

24. Mr. Borrow provided the bill for the fee revealing that the $450 debit was actually Mr. Barrow's legal fees for attending the April 28, 2014, hearing on Berwick's collection complaint. Exhibit P-5 at 3.

25. The $450 legal fee thus arose prior to or simultaneously with entry of the judgment, and is part of the debt resolved by the judgment, but Mr. Borrow and Berwick are treating the fees as if it arose subsequent to the judgment.

4

26.     In total, Mr. Barrow and Berwick are seeking payment of $933 in excess of the amount allowed in the judgment.

## Count I

27.     This count is against Hal A. Barrow for violation of the Fair Debt Collections Practices Act. All of the preceding paragraphs are incorporated by reference.

28.     Mr. Barrow is engaging in unfair or unconscionable means of debt collection in violation of 15 U.S.C. § 1692f, by:

(a).    Requesting payment of sums (including interest, fees, charges, or expenses) that are not expressly authorized by agreement or permitted by law.

(b).    Specifically, Mr. Barrow is seeking to collect sums in excess of the judgment.

29.     Mr. Barrow is using false, deceptive or misleading representations or means of debt collection in violation of 15 U.S.C. § 1692e, by:

(a).    Demanding payment from Mr. Forte of a sum in excess of his actual liability;

(b).    Representing to Mr. Forte that he is indebted for a sum that is $933 in excess of his actual liability; and

(c).    Representing to Mr. Forte that he is liable for sums in excess of the amount allowed by the judgment.

30.     Mr. Forte is living in constant fear of Berwick executing on its judgment at any time. He is looking over his shoulder for the sheriff, but he cannot enter into a payment arrangement that requires him to pay more than he actually owes.

5

WHEREFORE, Mr. Forte requests an award of statutory and actual damages, including but not limited to compensation for emotional distress, together with an award of attorney's fees and costs, and any other relief that is just and appropriate.

### Count II

31.    This count is for a declaratory judgment against Berwick. All of the preceding paragraphs are incorporated by reference.

32.    Mr. Forte asks the court to declare and determine that his indebtedness to Berwick is governed by the April 28, 2014, judgment in *Berwick Place Homeowners Association v. Frank Forte*, No. MJ-38124-CV-0000030-2014 (April 28, 2014). Exhibit P-2.

33.    Mr. Forte's indebtedness to Berwick as of April 28, 2014, is $4,327.05, and this sum represents the totality of Mr. Forte's liability up to the date of the judgment, including attorney's fees for obtaining the judgment.

34.    As of April 28, 2014, the ledger should reflect a balance not greater than $4,327.05, in conformity with the judgment.

WHEREFORE, Mr. Forte requests a declaration consistent with the foregoing statements together with any other relief that is just and appropriate.

Respectfully submitted,

Robert F. Salvin (RFS2522)
Two Bala Plaza, Suite 300
Bala Cynwyd, PA  19004
215-300-2388
215-271-2820 (fax)
robert.salvin@outlook.com

6



Pennsylvania Association Consulting Systems

Pennsylvania Association Collection Systems

Law Offices of Hal A Barrow

Legal Solutions for Community Associations



**Pennsylvania Association Consulting Systems**
Monthly retainer Programs, Legal Audits & Annual Checkups, Transition Planning & Consulting.

More information

**Pennsylvania Association Collection Systems**
Flat rate collection of delinquent accounts with cloud based access for instant updates.

More information

CLIENT LOGIN

 
Statutes, Articles and More at... PAcondolaw.com

## Serving Community Associations for 25 Years

Barrowlaw specializes in practical, cost-effective legal services to condominium and homeowner associations with both on-site and independent management, including many which are self-managed. Our practice includes:

- Day to day Counseling with Board members and Managers
- Transition from Developer Control
- Assessment Collections
- Rules & Covenant Enforcement
- Litigation Avoidance
- Mediation & Civil Litigation
- Meeting Planning & Leadership Disputes
- Developer Litigation
- D & O Litigation
- Review & Amendments of Documents

Experienced in litigation and issue resolution, scores of boards and officers depend on the timely counsel of Barrowlaw. Our specialized focus offers you a superior resource in dealing with the issues facing community associations every day.

Whether your board requires one of our cost effective consulting packages, results oriented collection services, or legal services for a stand-alone matter, please do not hesitate to call us.



## Meet Hal Barrow

Hal Barrow is the founder of Barrowlaw. Hal has represented hundreds of community associations since 1985. A magna cum laude graduate of Widener University School of Law, Hal continued to develop as a problem solver for clients. Hal has tried cases in all of the area state and federal courts.

Hal is an active member of CAI, the Community Associations Institute and has served as President of the Pennsylvania and Greater Delaware Valley Chapter and as past chair of CAI's Pennsylvania Legislative Action Committee. Hal has also been involved in his community, coaching youth sports, acting in local theatre and serving as the president of his Synagogue.

 

Home     Services     Blog     Collections     Consulting     Contact     215-956-9099

# Exhibit P-1



Association Consulting Systems
Association Collection Systems
Law Offices of Hal A Barrow

Legal Solutions for Community Associations

# Pennsylvania Association Collection Systems

The often distasteful subject of delinquent fees has become a threat to the solvency of many communities. Even more frustrating for many Boards the unpredictable impact of collection services on your association's budget.

Imagine a scenario in which delinquent fees could be pursued in a highly efficient manner, engineered to balance cost and benefit. No more resignation to the notion that collecting a debt will cost more than the amount owed.

We imagined just such a system...and then we built it.

Pennsylvania Association Collection Systems is the answer. We replaced the crippling hourly fees of an attorney's time with a flat-fee linear process of communication and action that has proven to be highly effective. From initial contact thru all required follow-up, PACS is your systemized "velvet-gloved fist".

## Consulting & Retainers: Pennsylvania Association Consulting Systems

While every community is different, many basic needs and issues are shared by nearly all boards and managers. Pennsylvania Association Consulting Systems was devised to provide packages of service for a monthly retainer that saves your community's bottom line and makes budgeting for standard legal services a more predictable expense.

With tiered plans and attractive pricing, PACS is an ideal resource for your community's legal requirements in this challenging economic climate.

Click here for more information

| Home | Services | Blog | Collections | Consulting | Contact | 215-956-9099 |

# Magisterial District Judge 38-1-24

## DOCKET



Docket Number: MJ-38124-CV-0000030-2014

## Civil Docket

Berwick Place Homeowners Association
v.
Frank  Forte

Page 1 of 2

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Magisterial District Judge Albert J. Augustine | File Date: | 02/12/2014 |
| Claim Amount: | $4,149.05 | Case Status: | Closed |
| Judgment Amount: | $4,327.05 | County: | Montgomery |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Civil Action Hearing | 03/24/2014 | 9:00 am | | Magisterial District Judge Albert J. Augustine | Continued |
| Civil Action Hearing | 04/09/2014 | 2:15 pm | | Magisterial District Judge Albert J. Augustine | Continued |
| Civil Action Hearing | 04/28/2014 | 10:30 am | | Magisterial District Judge Albert J. Augustine | Scheduled |

### CASE PARTICIPANTS

| Participant Type | Participant Name | Address |
|---|---|---|
| Defendant | Forte, Frank | Norristown, PA 19403 |
| Plaintiff | Berwick Place Homeowners Association, | Warminster, PA 18974 |
| Remitter | Law Offices of Hal A Barrow General Accou | Warminster, PA 18974 |

### DISPOSITION SUMMARY

| Docket Number | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-38124-CV-0000030-2014 | Berwick Place Homeowners Association | Frank Forte | Judgment for Plaintiff | 04/28/2014 |

### CIVIL DISPOSITION / JUDGMENT DETAILS

Disposition Date: 04/28/2014          Monthly Rent: $0.00

| Defendant(s) | Plaintiff(s) | Disposition | Joint/Several Liability | Individual Liability | Net Judgment |
|---|---|---|---|---|---|
| Frank Forte | Berwick Place Homeowners Association | Judgment for Plaintiff | $0.00 | $4,327.05 | $4,327.05 |

Judgment Components:

| Type | Amount | Deposit Amount | Adjusted Amount |
|---|---|---|---|
| Civil Judgment | $4,149.05 | $0.00 | $4,149.05 |
| Costs | $178.00 | $0.00 | $178.00 |

* Is Joint/Several

MDJS 1200                                                          Printed: 10/09/2014  12:03 pm

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. You should verify that the information is accurate and current by personally consulting the official record reposing in the court wherein the record is maintained.

# Exhibit P-2

# Magisterial District Judge 38-1-24

## DOCKET



Docket Number: MJ-38124-CV-0000030-2014

## Civil Docket

Berwick Place Homeowners Association

v.

Frank  Forte

Page 2 of 2

## ATTORNEY INFORMATION

**Private**

Name: Hal A. Barrow, Esq.

Representing: Berwick Place Homeowners Association,  Warm

Counsel Status: Active - Entry of Appearance

Supreme Court No.: 031603

Phone No.:

Address:     Law Offices of Hal A. Barrow
65 W. Street Road, Ste B102
Warminster, PA  18974

Entry of Appearance Filed Dt:  02/12/2014

Withdrawal of Entry of Appearance Filed Dt:

## DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 06/27/2014 | Certified Judgment to Common Pleas | Berwick Place Homeowners Association | Frank Forte, Defendant |
| 04/28/2014 | Judgment for Plaintiff | Magisterial District Court 38-1-24 | Frank Forte, Defendant |
| 04/28/2014 | Judgment Entered | Magisterial District Court 38-1-24 | Frank Forte, Defendant |
| 03/25/2014 | Intent to Defend Filed | Frank Forte | Berwick Place Homeowners Association, Plaintiff |
| 02/12/2014 | Entry of Appearance Filed | Hal A. Barrow, Esq. | Berwick Place Homeowners Association, Plaintiff |
| 02/12/2014 | Civil Complaint Filed | Berwick Place Homeowners Association | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets.  You should verify that the information is accurate and current by personally consulting the official record reposing in the court wherein the record is maintained.

Case# 2014-19954-0 Docketed at Montgomery County Prothonotary on 07/09/2014 4:43 PM, Fee = $36.00

LAW OFFICES OF HAL A. BARROW
Hal A. Barrow, Esquire
Identification No. 31603
65 West Street Road - Suite B102
Warminster, PA 18974
(215) 956-9099

Attorney for Plaintiff

---

Berwick Place Homeowners Association                      :
c/o The Galman Group                                     :
P.O. Box 646                                             :
Jenkintown, PA  19046                                    :
                                                         :
                vs.                                       :
                                                         :
Frank Forte                                               :
79 Bristol Court                                          :
Norristown, PA 19043                                     :

Court of Common Pleas
Montgomery County

No.

## PRAECIPE TO ENTER JUDGMENT

TO THE PROTHONOTARY:

Please enter judgment in favor of Berwick Place Homeowners Association and against

defendant Frank Forte in accordance with the attached Certification of Judgment from the

District Court in the amount of $4,327.05

LAW OFFICES OF HAL A. BARROW

Date: 7/8/14                        By: _____
                                        Hal A. Barrow, Esquire
                                        Attorney for Plaintiff

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONTGOMERY

**Notice of Judgment/Transcript Civil Case**

Berwick Place Homeowners Association
v.
Frank Forte

| | |
|---|---|
| Mag. Dist. No: | MDJ-38-1-24 |
| MDJ Name: | Honorable Albert J. Augustine |
| Address: | 2047 Bridge Road<br>Route 113<br>Schwenksville, PA 19473-2030 |
| Telephone: | 610-584-4732 |

Hal A. Barrow, Esq.
Law Offices of Hal A. Barrow
65 W. Street Road, Ste B102
Warminster, PA 18974

Docket No:  MJ-38124-CV-0000030-2014
Case Filed:  2/12/2014

**Disposition Summary**  (cc- Cross Complaint)

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-38124-CV-0000030-2014 | Berwick Place Homeowners Association | Frank Forte | Judgment for Plaintiff | 04/28/2014 |

**Judgment Summary**

| Participant | Joint/Several Liability | Individual Liability | Amount |
|---|---|---|---|
| Berwick Place Homeowners Association | $0.00 | $0.00 | $0.00 |
| Frank Forte | $0.00 | $4,327.05 | $4,327.05 |

**Judgment Finding**  (*Post Judgment)

In the matter of Berwick Place Homeowners Association vs. Frank Forte on MJ-38124-CV-0000030-2014, on 4/28/2014 the judgment was awarded as follows:

| Judgment Component | Joint/Several Liability | Individual Liability | Deposit Applied | Amount |
|---|---|---|---|---|
| Civil Judgment | $0.00 | $4,149.05 | | $4,149.05 |
| Costs | $0.00 | $178.00 | | $178.00 |
| | | | Grand Total: | $4,327.05 |

ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF COURT OF COMMON PLEAS, CIVIL DIVISION.  YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.

EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.

UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

4/28/14
Date

Magisterial District Judge Albert J. Augustine

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

6-30-14
Date

Magisterial District Judge

MDJS 315

Page 1 of 2

Printed: 06/27/2014 12:59:09PM

Case# 2014-19954-0 Docketed at Montgomery County Prothonotary on 07/09/2014 4:43 PM, Fee = $36.00

☑0002/0004

07/16/2014 3:52PM FAX

Berwick Place Homeowners Association
v.
Frank Forte

Docket No.: MJ-38124-CV-0000030-2014

## Participant List

**Private(s)**

Hal A. Barrow, Esq.
Law Offices of Hal A. Barrow
65 W. Street Road, Ste B102
Warminster, PA  18974

**Plaintiff(s)**

Berwick Place Homeowners Association
c/o Hal A Barrow
65 W Street Rd   Suite B102
Warminster, PA  18974

**Defendant(s)**

Frank Forte
79 Bristol Ct
Norristown, PA  19403

Case# 2014-19954-0 Docketed at Montgomery County Prothonotary on 07/09/2014 4:43 PM, Fee = $36.00

MDJS 315

Page 2 of 2

Printed: 06/27/2014 12:59:09PM

☑0003/0004

07/18/2014 3:53PM FAX

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA**

BERWICK PLACE HOMEOWNERS ASSOCIATION

vs.

FRANK FORTE

NO. 2014-19954

NOTICE IS GIVEN THAT A JUDGMENT IN THE ABOVE CAPTIONED MATTER HAS BEEN ENTERED AGAINST YOU.

PROTHONOTARY

IF YOU HAVE ANY QUESTIONS CONCERNING THE ABOVE, PLEASE CONTACT:

ORIGINAL SIGNATURE RETAINED BY THE FILING PARTY

Signature

HAL A. BARROW

Filing Party

31603

ID Number

BARROWLAW

Firm Name

65 W. STREET RD., B102

Address

WARMINSTER, PA  18974

215-956-9099

Phone



**BARROWLAW**

65 W. Street Road
Warminster Corporate Center
Suite B102
Warminster, Pa  18974

Tel: 215.956.9099
Fax: 215.956.9410
www.barrowlaw.com

August 7, 2014

Frank D. Forte
79 Bristol Court
Norristown, PA  19403

> Re:  **Berwick Place Homeowners Association**
>      **Our File No. 25205**

Dear Mr. Forte:

Enclosed please find a copy of your current Account History.  Once you have had an opportunity to review it, kindly contact our office for purposes of resolving your account.

Very truly yours,

Hal A. Barrow

HAB/kl
Enclosure
cc:  Berwick Place Homeowners Association (w/o encl)

This is an attempt to collect a debt. Any information received will be used for that purpose. This notice is given in accordance with the Fair Debt Collection Practices Act.

## Exhibit P-3

SSI440
01169
Select: 8/1/2014
154 Apts., 154 Sq. Ft.

**Resident History Report (From 1/1/1970 Thru 8/1/2014)**
**THE GALMAN GROUP**
**Berwick Place Homeowners Association**
**August 01, 2014**

Page: 1 of 3
08/2014
08/01/14
13:21

| Tran.Date | Date Of Record | Due Date | SC Desc. | Invoice | Code | Billings | Adjust. | Non-Rec. Adjust. | Payments Ret | Refer. | Refunds | Forfeits To | Write-Offs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **79** | | | | | | | | | | | | | | |
| BR-79 | | | Forte, Frank | | | | | | | | | | | |
| Status: | | | Previous | | | | | | | | | | | |
| Beginning Balance: | | | 0.00 | | | | | | | | | | | |
| 12/29/11 | | | 01/01/12 BG Beginning Balances | S000000005 | | 1,138.06 | | | | | | | | 1,138.06 |
| 01/01/12 | 01/01/12 | | 01/01/12 RC Recurring Charges Update | S000000061 | | 139.00 | | | | | | | | 1,277.06 |
| 02/01/12 | 02/01/12 | | 02/01/12 RC Recurring Charges Update | S000000217 | | 139.00 | | | | | | | | 1,416.06 |
| 02/14/12 | 03/01/12 | | 02/14/12 PA Bill Legal | S000000514 | | 122.50 | | | | | | | | 1,538.56 |
| 02/20/12 | 02/20/12 | | 02/01/12 LC Late Charges | S000000331 | | 6.95 | | | | | | | | 1,545.51 |
| 02/29/12 | 03/01/12 | | 02/29/12 MO Move Out Prorates | S000000406 | | 139.00- | | | | | | | | 1,406.51 |
| 03/01/12 | 03/01/12 | | 03/01/12 RC Recurring Charges Update | S000000406 | | 139.00 | | | | | | | | 1,545.51 |
| 03/13/12 | 03/13/12 | | 12/29/11 PA Correct Beg Bal. | S000000524 | | 4,713.30 | | | | | | | | 6,258.81 |
| 03/27/12 | 03/27/12 | | 02/29/12 PA Recode | S000000406 | | | | | | 999999999 | | | | 6,258.81 |
| 07/24/12 | 07/24/12 | | 03/01/12 WO Write-Off | S000000406 | | | | | | | | | 6,258.81- | 12,517.62 |
| Resident Total | | | Security On Hand | | 0.00 | 6,258.81 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 6,258.81- | 12,517.62 |
| | | | Lmr On Hand: | | 0.00 | | | | 0.00 RETURNS | | | | | |
| BR-79 | | | Forte, Frank | | | | | | | | | | | |
| Status: | | | Current | | | | | | | | | | | |
| Beginning Balance: | | | 0.00 | | | | | | | | | | | |
| 03/15/12 | 03/15/12 | | 03/01/12 PA Bill 3/1/2012 POM | S000000527 | | 139.00 | | | | | | | | 139.00 |
| 03/21/12 | 03/21/12 | | 02/29/12 PA 02/12 Legal Fee | S000000533 | | 35.00 | | | | | | | | 174.00 |
| 04/01/12 | 04/01/12 | | 04/01/12 RC Recurring Charges Update | S000000611 | | 139.00 | | | | | | | | 313.00 |
| 04/18/12 | 04/18/12 | | 03/31/12 PA 03/12 Legal Fee | S000000719 | | 373.75 | | | | | | | | 686.75 |
| 04/20/12 | 04/20/12 | | 04/01/12 LC Late Charges | S000000734 | | 6.95 | | | | | | | | 693.70 |
| 05/01/12 | 05/01/12 | | 05/01/12 RC Recurring Charges Update | S000000802 | | 139.00 | | | | | | | | 832.70 |
| 05/18/12 | 05/18/12 | | 05/01/12 LC Late Charges | S000000911 | | 6.95 | | | | | | | | 839.65 |
| 06/01/12 | 06/01/12 | | 06/01/12 RC Recurring Charges Update | S000000976 | | 139.00 | | | | | | | | 978.65 |
| 06/21/12 | 06/21/12 | | 06/01/12 LC Late Charges | S000001092 | | 6.95 | | | | | | | | 985.60 |
| 07/01/12 | 07/01/12 | | 07/01/12 RC Recurring Charges Update | S000001157 | | 139.00 | | | | | | | | 1,124.60 |
| 07/19/12 | 07/19/12 | | 07/01/12 LC Late Charges | S000001267 | | 6.95 | | | | | | | | 1,131.55 |
| 07/20/12 | 07/20/12 | | 06/30/12 PA 06/12 Legal Fees | S000001281 | | 119.00 | | | | | | | | 1,250.55 |
| 08/01/12 | 08/01/12 | | 08/01/12 RC Recurring Charges Update | S000001336 | | 139.00 | | | | | | | | 1,389.55 |
| 08/13/12 | 08/13/12 | | 08/13/12 PA Bill Legal Fee | S000001463 | | 475.50 | | | | | | | | 1,865.05 |
| 08/20/12 | 08/20/12 | | 08/01/12 LC Late Charges | S000001447 | | 6.95 | | | | | | | | 1,872.00 |
| 09/01/12 | 09/01/12 | | 09/01/12 RC Recurring Charges Update | S000001517 | | 139.00 | | | | | | | | 2,011.00 |
| 09/11/12 | 09/11/12 | | 08/31/12 PA Bill Legal Fees | S000001640 | | 452.40 | | | | | | | | 2,463.40 |
| 09/20/12 | 09/20/12 | | 09/01/12 LC Late Charges | S000001627 | | 6.95 | | | | | | | | 2,470.35 |
| 10/01/12 | 10/01/12 | | 10/01/12 RC Recurring Charges Update | S000001692 | | 139.00 | | | | | | | | 2,609.35 |
| 10/05/12 | 10/05/12 | | 09/30/12 PA 09/12 Legal Fees | S000001801 | | 2,002.70 | | | | | | | | 4,612.05 |
| 10/18/12 | 10/18/12 | | 10/01/12 LC Late Charges | S000001810 | | 6.95 | | | | | | | | 4,619.00 |
| 11/01/12 | 11/01/12 | | 11/01/12 RC Recurring Charges Update | S000001873 | | 139.00 | | | | | | | | 4,758.00 |
| 11/20/12 | 11/20/12 | | 11/20/12 LC Late Charges | S000001984 | | 6.95 | | | | | | | | 4,764.95 |

Current Residents , Previous Residents , Subsidy and Non-Subsidy transactions

SSI440
01169
Select: 8/1/2014
154 Apts., 154 Sq. Ft.

**Resident History Report (From 1/1/1870 Thru 8/1/2014)**
**THE GALMAN GROUP**
**Berwick Place Homeowners Association**
**August 01, 2014**

Page: 2 of 3
08/2014
08/01/14
13:21

| Tran.Date | Date Of Record | Due Date | SC Desc. | Invoice | Code | Billings | Adjust. | Non-Rec. Adjust. | Payments Ret | Refer. | Refunds | Forfeits To | Write-Offs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BR-79 | | | Porte, Frank | | | | | | | | | | | |
| Status: | | | Current | | | | | | | | | | | |
| Beginning Balance: | | | 4,696.20 | | | | | | | | | | | |
| 11/27/12 | 11/27/12 | | 04/18/12 PA Correct Legal Billing | S000001995 | | 305.00 | 373.75- | | | | | | | 4,696.20 |
| 12/01/12 | 12/01/12 | | 12/01/12 RC Recurring Charges Update | S000002045 | | 139.00 | | | | | | | | 4,835.20 |
| 12/20/12 | 12/20/12 | | 12/01/12 LC Late Charges | S000002156 | | 6.95 | | | | | | | | 4,842.15 |
| 01/01/13 | 01/01/13 | | 01/01/13 RC Recurring Charges Update | S000002220 | | 155.00 | | | | | | | | 4,997.15 |
| 01/17/13 | 01/17/13 | | 01/01/13 LC Late Charges | S000002335 | | 7.75 | | | | | | | | 5,004.90 |
| 02/01/13 | 02/01/13 | | 02/01/13 RC Recurring Charges Update | S000002398 | | 155.00 | | | | | | | | 5,159.90 |
| 02/04/13 | 02/04/13 | | 02/04/13 PA Bill Legal | S000002504 | | 419.70 | | | | | | | | 5,579.60 |
| 02/07/13 | 02/07/13 | | 04/18/12 AI Lockbox Payment | S000001995 | | | | | 162.75 | 146 | | | | 5,416.85 |
| 02/21/13 | 02/21/13 | | 02/01/13 LC Late Charges | S000002511 | | 7.75 | | | | | | | | 5,424.60 |
| 02/21/13 | 02/21/13 | | 01/31/13 PA 01/13 Legal Fees | S000002524 | | 1,958.39 | | | | | | | | 7,382.99 |
| 02/26/13 | 02/26/13 | | 02/01/13 PA 02/13 Waive Late Fee | S000002511 | | | 7.75- | | | | | | | 7,375.24 |
| 03/01/13 | 03/01/13 | | 03/01/13 RC Recurring Charges Update | S000002583 | | 155.00 | | | | | | | | 7,530.24 |
| 03/07/13 | 03/07/13 | | 04/18/12 AI Lockbox Payment | S000001995 | | | | | 162.75 | 150 | | | | 7,367.49 |
| 03/19/13 | 03/19/13 | | 03/01/13 LC Late Charges | S000002695 | | 7.75 | | | | | | | | 7,375.24 |
| 03/21/13 | 03/21/13 | | 03/01/13 PA 03/13 Waive Late Fee | S000002695 | | | 7.75- | | | | | | | 7,367.49 |
| 04/01/13 | 04/01/13 | | 04/01/13 RC Recurring Charges Update | S000002757 | | 155.00 | | | | | | | | 7,522.49 |
| 04/04/13 | 04/04/13 | | 08/13/12 AI Lockbox Payment | S000001463 | | | | | 317.75 | 153 | | | | 7,204.74 |
| 04/18/13 | 04/18/13 | | 04/01/13 PA Waive Late Fee | S000002869 | | | 7.75- | | | | | | | 7,196.99 |
| 04/18/13 | 04/18/13 | | 04/01/13 LC Late Charges | S000002869 | | 7.75- | | | | | | | | 7,204.74 |
| 05/01/13 | 05/01/13 | | 05/01/13 RC Recurring Charges Update | S000002936 | | 155.00 | | | | | | | | 7,359.74 |
| 05/13/13 | 05/13/13 | | 04/30/13 PA Bill Legal Fees | S000003047 | | 250.00 | | | | | | | | 7,609.74 |
| 05/20/13 | 05/20/13 | | 05/01/13 LC Late Charges | S000003051 | | 7.75 | | | | | | | | 7,617.49 |
| 06/01/13 | 06/01/13 | | 06/01/13 RC Recurring Charges Update | S000003115 | | 155.00 | | | | | | | | 7,772.49 |
| 06/03/13 | 06/03/13 | | 04/30/13 PA Bill Legal Fees | S000003221 | | 1,140.28 | | | | | | | | 8,912.77 |
| 06/20/13 | 06/20/13 | | 06/01/13 LC Late Charges | S000003227 | | 7.75 | | | | | | | | 8,920.52 |
| 07/01/13 | 07/01/13 | | 07/01/13 RC Recurring Charges Update | S000003287 | | 155.00 | | | | | | | | 9,075.52 |
| 07/09/13 | 07/09/13 | | 04/18/12 PA Waive Legal Fees | S000003396 | | 340.00- | 5,567.97- | | | | | | | 3,167.55 |
| 07/18/13 | 07/18/13 | | 07/01/13 LC Late Charges | S000003400 | | 7.75 | | | | | | | | 3,175.30 |
| 08/01/13 | 08/01/13 | | 08/01/13 RC Recurring Charges Update | S000003464 | | 155.00 | | | | | | | | 3,330.30 |
| 08/19/13 | 08/19/13 | | 08/01/13 LC Late Charges | S000003574 | | 7.75 | | | | | | | | 3,338.05 |
| 09/01/13 | 09/01/13 | | 09/01/13 RC Recurring Charges Update | S000003635 | | 155.00 | | | | | | | | 3,493.05 |
| 09/19/13 | 09/19/13 | | 09/01/13 LC Late Charges | S000003742 | | 7.75 | | | | | | | | 3,500.80 |
| 10/01/13 | 10/01/13 | | 10/01/13 RC Recurring Charges Update | S000003808 | | 155.00 | | | | | | | | 3,655.80 |
| 10/18/13 | 10/18/13 | | 10/01/13 LC Late Charges | S000003914 | | 7.75 | | | | | | | | 3,663.55 |
| 11/01/13 | 11/01/13 | | 11/01/13 RC Recurring Charges Update | S000003975 | | 155.00 | | | | | | | | 3,818.55 |
| 11/19/13 | 11/19/13 | | 11/01/13 LC Late Charges | S000004083 | | 7.75 | | | | | | | | 3,826.30 |
| 12/01/13 | 12/01/13 | | 12/01/13 RC Recurring Charges Update | S000004145 | | 155.00 | | | | | | | | 3,981.30 |
| 12/05/13 | 12/05/13 | | 11/30/13 PA Bill Legal | S000004246 | | 100.00 | | | | | | | | 4,081.30 |
| 12/19/13 | 12/19/13 | | 12/01/13 LC Late Charges | S000004252 | | 7.75 | | | | | | | | 4,089.05 |
| 01/01/14 | 01/01/14 | | 01/01/14 RC Recurring Charges Update | S000004317 | | 160.00 | | | | | | | | 4,249.05 |

Current Residents , Previous Residents , Subsidy and Non-Subsidy transactions

SSI440
01169
Select: 8/1/2014
154 Apts., 154 Sq. Ft.

**Resident History Report (From 1/1/1970 Thru 8/1/2014)**
**THE GALMAN GROUP**
**Berwick Place Homeowners Association**
**August 01, 2014**

Page: 3 of 3
08/2014
08/01/14
13:21

| Tran.Date | Date Of Record | Due Date | SC Desc. | Invoice | Code | Billings | Adjust. | Non-Rec. Adjust. | Payments Ret | Refer. | Refunds | Forfaits To | Write-Offs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BR-79 | | | Foure, Frank | | | | | | | | | | | |
| Status: | Current | | | | | | | | | | | | | |
| Beginning Balance: | | | 4,257.05 | | | | | | | | | | | |
| 01/17/14 | 01/17/14 | 01/01/14 | LC Late Charges | S000004433 | | 8.00 | | | | | | | | 4,257.05 |
| 02/01/14 | 02/01/14 | 02/01/14 | RC Recurring Charges Update | S000004496 | | 160.00 | | | | | | | | 4,417.05 |
| 02/10/14 | 02/10/14 | 02/10/14 | PA Bill Legal | S000004603 | | 553.00 | | | | | | | | 4,970.05 |
| 02/17/14 | 02/17/14 | 02/17/14 | LC Late Charges | S000004609 | | 8.00 | | | | | | | | 4,978.05 |
| 02/24/14 | 02/24/14 | 02/04/13 | AI Lockbox Payment | S000002504 | | | | | 336.00 | 173 | | | | 4,642.05 |
| 03/01/14 | 03/01/14 | 03/01/14 | RC Recurring Charges Update | S000004679 | | 160.00 | | | | | | | | 4,802.05 |
| 03/06/14 | 03/06/14 | 02/04/13 | AI Lockbox Payment | S000002504 | | | | | 160.00 | 175 | | | | 4,642.05 |
| 03/18/14 | 03/18/14 | 03/18/14 | LC Late Charges | S000004788 | | 8.00 | | | | | | | | 4,650.05 |
| 04/01/14 | 04/01/14 | 04/01/14 | RC Recurring Charges Update | S000004848 | | 160.00 | | | | | | | | 4,810.05 |
| 04/02/14 | 04/02/14 | 03/18/14 | PA Waive Late Fee | S000004788 | | | 8.00- | | | | | | | 4,802.05 |
| 04/17/14 | 04/17/14 | 04/01/14 | LC Late Charges | S000004962 | | 8.00 | | | | | | | | 4,810.05 |
| 05/01/14 | 05/01/14 | 05/01/14 | RC Recurring Charges Update | S000005024 | | 160.00 | | | | | | | | 4,970.05 |
| 05/09/14 | 05/09/14 | 04/30/14 | PA Bill Legal | S000005130 | | 450.00 | | | | | | | | 5,420.05 |
| 05/19/14 | 05/19/14 | 05/01/14 | LC Late Charges | S000005136 | | 8.00 | | | | | | | | 5,428.05 |
| 06/01/14 | 06/01/14 | 06/01/14 | RC Recurring Charges Update | S000005195 | | 160.00 | | | | | | | | 5,588.05 |
| 06/17/14 | 06/17/14 | 06/01/14 | LC Late Charges | S000005305 | | 8.00 | | | | | | | | 5,596.05 |
| 07/01/14 | 07/01/14 | 07/01/14 | RC Recurring Charges Update | S000005371 | | 160.00 | | | | | | | | 5,756.05 |
| 07/08/14 | 07/08/14 | 06/30/14 | PA Bill Legal | S000005489 | | 300.00 | | | | | | | | 6,056.05 |
| 07/18/14 | 07/18/14 | 07/01/14 | LC Late Charges | S000005429 | | 8.00 | | | | | | | | 6,064.05 |
| 08/01/14 | 08/01/14 | 08/01/14 | RC Recurring Charges Update | S000005541 | | 160.00 | | | | | | | | 6,224.05 |
| Resident Total | | | Security On Hand | | | 0.00 | 13,336.27 | 5,972.97- | 0.00 | 1,139.25 | | 0.00 | 0.00 | 0.00 | 6,224.05 |
| | | | Lmr On Hand | | | 0.00 | | | | 0.00 | RETURNS | | | | |
| Property Totals: | | | Security On Hand | | | 0.00 | 19,595.08 | 5,972.97- | 0.00 | 1,139.25 | | 0.00 | 0.00 | 6,258.81- | 18,741.67 |
| | | | Lmr On Hand | | | 0.00 | | | | 0.00 | RETURNS | | | | |
| Grand Totals | | | Security On Hand | | | 0.00 | 19,595.08 | 5,972.97- | 0.00 | 1,139.25 | | 0.00 | 0.00 | 6,258.81- | 18,741.67 |
| | | | Lmr On Hand | | | 0.00 | | | | 0.00 | RETURNS | | | | |

Current Residents , Previous Residents , Subsidy and Non-Subsidy transactions

ROBERT F. SALVIN, Esq.
**Philadelphia Debt Clinic**tm
**and Consumer Law Center**

Consumer Protection
Bankruptcy
Civil Rights

Two Bala Plaza, Suite 300
Bala Cynwyd, PA 19004-1573
215-300-2388
215-271-2820 (fax)
rfsalvin@hotmail.com

http://philadelphiadebtclinic.net/

9/3/14

**VIA FAX, NO. 215-956-9410, 1 PAGES**

Hal A. Barrow, Esq.
BARROWLAW
Warminster Corp. Center,
65 W. Street Road, Suite B 102
Warminster, PA 18974

Dear Mr. Barrow:

I reviewed the accounting information your office recently forwarded to Mr. Forte, and found that your demand for payment is excessive.

On April 4, 2014, you obtained a judgment against Mr. Forte for $4,327.05, nevertheless your ledger reflects a balance at that same time of $4,810.05, which is $483 in excess of the judgment. All of the subsequent entries in the ledger and your present demand for payment are $483 in excess of Mr. Forte's indebtedness.

The ledger also shows entries for legal fees of $450 on May 9, 2014, and $360 on July 8, 2014. Could you please send me your records, so I can see what these are for.

Mr. Forte demands that his balance to the homeowner's association be corrected. He also demands a payment from your firm of $750 on account of misrepresenting his indebtedness in violation of the Fair Debt Collections Practice Act. With respect to the homeowner's association, Mr. Forte proposes that he payoff the balance at the rate of $100 per month, until paid in full, and as long as make the payments the homeowner's association will not take any action to execute on its judgment.

Very truly yours,

ROBERT F. SALVIN

# Exhibit P-4

```
┌─────────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT            │
└─────────────────────────────────────────────┘

                              TIME  : 09/03/2014 08:58
                              NAME  : RFSALVIN
                              FAX   : 2152712820
                              TEL   : 2152712820
                              SER.# : E0N184253

┌─────────────────────────────────────────────────────────────┐
│   DATE,TIME              09/03  08:57                          │
│   FAX NO./NAME           2159569410                           │
│   DURATION              00:00:45                              │
│   PAGE(S)               01                                    │
│   RESULT                OK                                    │
│   MODE                  FINE   PC-FAX                         │
│                         ECM                                   │
└─────────────────────────────────────────────────────────────┘
```

03/09/2014 20:39        215-271-2820        Robert F. Salvin                          Page 1/1

ROBERT F. SALVIN, Esq.

## Philadelphia Debt Clinic℠
### and Consumer Law Center

Consumer Protection
Bankruptcy
Civil Rights

Two Bala Plaza, Suite 300
Bala Cynwyd, PA 19004-1573
215-300-2388
215-271-2820 (fax)
rfsalvin@hotmail.com

http://philadelphiadebtclinic.net/

9/3/14

## VIA FAX, NO. 215-956-9410, 1 PAGES

Hal A. Barrow, Esq.
BARROWLAW
Warminster Corp. Center,
65 W. Street Road, Suite B 102
Warminster, PA 18974

Dear Mr. Barrow:

I reviewed the accounting information your office recently forwarded to Mr. Forte, and found that your demand for payment is excessive.

On April 4, 2014, you obtained a judgment against Mr. Forte for $4,327.05, nevertheless your ledger reflects a balance at that same time of $4,810.05, which is $483 in excess of the judgment. All of the subsequent entries in the ledger and your present demand for payment are $483 in excess of Mr. Forte's indebtedness.

The ledger also shows entries for legal fees of $450 on May 9, 2014, and $360



**BARROWLAW**

65 W. Street Road
Warminster Corporate Center
Suite B102
Warminster, Pa   18974

Tel:  215.956.9099
Fax:  215.956.9410
www.barrowlaw.com

September 9, 2014

Robert Salvin, Esquire
Two Bala Plaza, Suite 300
Bala Cynwyd, Pa   19004

**Re:    Berwick Place Homeowners Association v. Frank D. Forte**
**Our File No. 25205**

Dear Mr. Salvin:

We received your letter of September 3, 2014. We respectfully disagree with your assertion that our letter to Mr. Forte was inaccurate or that the demand for payment was excessive.

You are surely familiar with the procedures utilized in Municipal Court, where the judgment was entered against Mr. Forte. The Complaint included only the amounts that were due at the time it was filed, and the default judgment that was entered (because Mr. Forte did not appear) was limited to that amount. The ledger, of course, covers additional time after the Complaint was filed, and includes additional charges and payments. Mr. Forte has an ongoing account with the Association. Assessments accrue on his account each month, and his payments are due each month.

In response to your request for information about the legal fees posted to Mr. Forte's account, we are enclosing copies of the corresponding bills from our office. If you need additional information, please let us know.

Your proposal for paying the balance of Mr. Forte's account is ambiguous, as it makes no reference to the ongoing monthly assessments.   You should also be aware that Mr. Forte contacted our office last month to propose paying his overdue balance either in a lump sum or over a period of 10 months. While we will forward your proposal to the Association and advise you promptly of its response, we ask that you clarify how Mr. Forte intends to pay the amounts due to the Association.

Very truly yours,

Hal A. Barrow

HAB/kl
cc:    Berwick Place Homeowners Association

This is an attempt to collect a debt. Any information received will be used for that purpose.
This notice is given in accordance with the Fair Debt Collection Practices Act.

## Exhibit P-5                1



**BARROWLAW**

65 W. Street Road
Warminster Corporate Center
Suite B102
Warminster, Pa   18974

Tel:  215.956.9099
Fax:  215.956.9410
www.barrowlaw.com

Berwick Place Homeowners Assoc.
c/o Barbara Saxton
The Galman Group
P.O. Box 646
Jenkintown, PA   19046

## Statement/Invoice

July 1, 2014

Tax ID No. 23-2699379

## FOR PROFESSIONAL SERVICES

In connection with the Association v. Forte; File No.

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/2/14 | PACS | Foreclosure – confirmation of sale and notice of claim to creditors, all associated follow up and reporting | | |
| | | For professional services rendered | 0.00 | $300.00 |
| | | Previous balance | | $450.00 |
| | Payment - Thank You | | | ($450.00) |
| | | Balance due | | $300.00 |

*Please include the file name or number on your remittance. Thank You!*

**2**



**BARROWLAW**

65 W. Street Road
Warminster Corporate Center
Suite B102
Warminster, Pa 18974

Tel: 215.956.9099
Fax: 215.956.9410
www.barrowlaw.com

Berwick Place Homeowners Assoc.
c/o Barbara Saxton
The Galman Group
P.O. Box 646
Jenkintown, PA 19046

## Statement/Invoice

May 1, 2014

Tax ID No. 23-2699379

## FOR PROFESSIONAL SERVICES

In connection with the Association v. Forte; File No.

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 4/28/14 | HAB | Hearing Fee - preparation for and attendance at small claims court hearing, all associated follow-up and reporting | | |
| | | For professional services rendered | 0.00 | $450.00 |
| | | Balance due | | $450.00 |

*Please include the file name or number on your remittance. Thank You!*

**3**